MARC PICKER, ESQ.
State Bar No. 3566
MARC PICKER, ESQ., LTD.
729 Evans Aveune
Post Office Box 3344
Reno, Nevada 89505
Telephone: (775) 324-4533
Facsimile: (775) 324-5444

Attorney for James P. Wren

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> vs.<br><br>JAMES P. WREN,<br><br>    Defendant. | 3:08-cr-127-BES-(RAM)<br><br>**MOTION AND ORDER TO**<br>**SUSPEND EMPLOYMENT SEARCH** |

  **COMES NOW**, Defendant JAMES P. WREN, by and through his attorney, MARC PICKER, ESQ., of MARC PICKER, ESQ., LTD., hereby requests this Court suspend the pretrial release condition for him to maintain or actively seek employment as stated in the Order Setting Condition of Release. On August 26, 2009, Defendant JAMES P. WREN was sentenced and he is to surrender himself for incarceration on September 28, 2009. It is extremely unlikely any employer would be interested in hiring Mr. Wren under those conditions.

/ / /

/ / /

1 | **Dated** this 4th day of September, 2009.

2 |                     MARC PICKER, ESQ., LTD

3

4 |                     /s/ Marc Picker
                    MARC PICKER, ESQ.

5

6

7 | **IT IS SO ORDERED:**

8 | **DATED** this <u>8th</u> day <u>September</u>, 2009.

9

10

11 |                     UNITED STATES MAGISTRATE JUDGE

2